IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5: 22-cv-00114-FL

| THOMAS EUGENE ALLEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| The CITY OF DUNN, a political subdivision of the State of North Carolina TRAE GONZALES, individually and in his official capacity as a law enforcement officer with the City of Dunn Police Department, and APELLES HART, II, individually and in his official capacity as a law enforcement officer with the City of Dunn Police Department, | ) | **ORDER** |
| Defendants. | ) | |

Defendants City of Dunn, Trae Gonzales, and Apelles Hart, II, having made application for leave to manually file a flash drive labeled as Exhibits D and E to Defendants' Appendix to Local Civil Rule 56.1 Statement of Material Facts, as this exhibit contains cell phone video and body camera video and audio related to the incident and cannot be electronically filed;

And it appearing to the Court that good cause exists for the granting of this Motion and that said Motion should be allowed; and

IT IS NOW THEREFORE ORDERED that Defendants are granted leave to manually file the flash drive containing the videos; which are being submitted to the Court as Exhibits D and E to Defendants' Appendix to Local Civil Rule 56.1 Statement of Material Facts.

Signed: 6/13/23

_____
LOUISE W. FLANAGAN
United States District Judge