UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THOMAS E. ALLEN )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF DUNN, a political subdivision )<br>of the State of North Carolina, )<br>TRAE GONZALES, individually and in )<br>his official capacity as a law enforcement )<br>officer with the City of Dunn Police )<br>Department, and APPELLES HART, )<br>individually and in his official capacity )<br>as a law enforcement officer with the City )<br>of Dunn Police Department )<br>    Defendants ) | **JUDGMENT**<br>No. 5:22-CV-114-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 27, 2023 and for the reasons set forth more specifically therein, it is ordered that defendants' motion for summary judgment is GRANTED.

**This judgment Filed and Entered on December 27, 2023, and Copies To:**
James A. Barnes, IV / Norman Charles Post, Jr. / Ryan Oxendine (via CM/ECF Notice of Electronic Filing)
James C. Thornton / Paul Gerald Gessner (via CM/ECF Notice of Electronic Filing)

December 27, 2023    PETER A. MOORE, JR., CLERK

                /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk